# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

WILLIAM JAMES SAWYER

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:07PO1

Frank Abrams
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) 1
- [ ] Pleaded guilty to violation(s)
- [ ] Pleaded not guilty to count(s)
- [ ] Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 113(a)(5) | Simple Assault | 2/22/07 | 1 |

- [ ] Counts(s) (is)(are) dismissed on the motion of the United States.
- [ ] Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- [ ] Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. One Month imprisonment, with credit for 5 Days.

2. For a period of one year not go within 100 yards of the victim, and have no communication with her by letter, telephone or messages by others.

3. For a period of one year the Defendant is barred from going on federal lands, Blue Ridge Parkway, Park Service or Forest Service.

4. The Defendant may travel through federal lands, the Blue Ridge Parkway, Park Service or Forest Service on any mail traveled thoroughfare.

5. There is no fine, because the defendant has no ability to pay a fine, no reimbursement for court-appointed counsel, because the defendant has no ability to pay for court appointed counsel, and administrative costs and the assessment is remitted..

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 2/28/07

Dennis L. Howell
United States Magistrate Judge

Date Signed: March 5, 2007

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal

By _____
United States Deputy Marshal